OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
DEC 18 2014

MAILED FROM ZIP CODE 78701

12/17/2014

WHITE, DANIEL ROBERT    Tr. Ct. No. C-3-010323-0718441-A    WR-82,453-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS discharged

DANIEL ROBERT WHITE

924955